CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
E-Mail:   Ken.Sorenson@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 22-00076 LEK |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SENTENCING |
| | ) | STATEMENT; CERTIFICATE |
| vs. | ) | OF SERVICE |
| | ) | |
| WILFREDO TAMAYO SAVELLA, | ) | |
| | ) | Date:   April 20, 2023 |
| Defendant. | ) | Time:   1:30 p.m. |
| | ) | Judge:   Leslie E. Kobayashi |

GOVERNMENT'S SENTENCING STATEMENT

The United States has reviewed the draft presentence report and has no objections to the factual statements or guideline computations contained in the report.

DATED:   February 24, 2023, at Honolulu, Hawaii.

CLARE E. CONNORS
United States Attorney
District of Hawaii

*/s/ Kenneth M. Sorenson*
By_____
KENNETH M. SORENSON
Assistant U.S. Attorney

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through EM/ECF:

Victor Bakke, Esq.

Attorney for Defendant
WILFREDO TAMAYO SAVELLA

Served via Email:

Darsie Ing-Dodson                    darsie_ing-dodson@hip.uscourts.gov
U.S. Probation Officer

DATED:   February 24, 2023, at Honolulu, Hawaii.


/s/ Dawn Aihara
_____